# EXHIBIT "A"

```
                    ALDI
                  Store #21
        4034 Jandy Blvd , Nazareth , PA
                 www.ALDI.us

Your cashier today was Allissa

Acetaminophen                           1.99  NA
BEEF NUGGET SNACKS                      2.99  FA
BEEF NUGGET SNACKS         VOID        -2.99  FA
Acetaminophen              VOID        -1.99  NA
Over Door Mirror                        7.99  NB
Over Door Mirror                        7.99  NB
Over Door Mirror                        7.99  NB
Over Door Mirror                        7.99  NB
VISA                                   33.88
****************4208
07/19/17 11:55 Ref/Seq # 486226
Auth # 022331              EntryMode 90
              ++APPROVED++

SUBTOTAL                               31.96
31.96     B-Taxable @6.000%             1.92
AMOUNT DUE                             33.88
T O T A L                              33.88
4 ITEMS
Credit Card                            33.88

*1936 460/021/001/014 07/19/17 11:54AM
********************************************
       You came in and saved. Now,
       get out for one last summer
                 barbecue.
```