# EXHIBIT "F"





# GET IN AND SAVE!

TURKEY BURGERS

**Sundae Shoppe Ice Cream Bars** Chocolate Eclair or Strawberry. 18 oz. Frozen.

NOW **1.49** Each

**1.99** Baker's Corner Angel Food Cake Mix 16 oz.

**5.99** Kirkwood Turkey Burgers 48 oz. Frozen.

NOW **4.69** Parkview Party Pack Bratwurst 45.6 oz.

**1.29** L'oven Fresh 100% Whole Wheat Buns Hamburger or Hot Dog. 14-15 oz.

**Happy Farms Deli Sliced Cheese** Assorted varieties. 7-8 oz.

NOW **1.79**

**2.99** Priano Fresh Mozzarella in Water or Marinated Mozzarella 8 oz.

**2.49** Little Salad Bar Original or Mustard Potato Salad, Macaroni Salad or Coleslaw 30-32 oz.

RED of the MONTH **5.99** Intermingle Red Blend California. 750 ml.

WHITE of the MONTH **6.99** Coastal Cove Sauvignon Blanc New Zealand. 750 ml.

BEER of the MONTH **6.99** Broegel Bock Beer Belgium. Six 11.2-oz. bottles.

**PurAqua Belle Vie Sparkling Water** Assorted varieties. Eight 12-oz. cans.

NOW **1.69**

## ALDI SIGNATURE MEATS

**3.99** Per Lb. FRESH 90% Lean Ground Sirloin

FRESH, NEVER FROZEN.

Kirkwood FRESH Whole Chicken

**95¢** Per Lb.

**1.79** FRESH Per Lb. Pork Spareribs

USDA CHOICE **4.99** Per Lb. FRESH USDA Choice Top Sirloin Steak

*Sign up for weekly e-mail offers at ALDI.US*

