

# SALAD BAR

- Tuscan Garden Croutons — 89¢ — Assorted varieties. 5 oz.
- Happy Farms Preferred Feta or Blue Cheese Crumbles — NOW 1.49 Each — Assorted varieties. 4-5 oz.
- Sea Queen Salad Shrimp — 4.99 ALDI find — 12 oz. Frozen.
- Kirkwood Diced Grilled Chicken — 5.49 ALDI find — 22 oz. Frozen.
- Goldhen Hard-Boiled Eggs — 1.89 ALDI find — 9 oz.
- Tuscan Garden Spanish Manzanilla Olives — 1.19 — 5.75 oz.
- Priano Shredded Parmesan Cheese — 1.99 — 5 oz.
- Tuscan Garden Dressing — 1.29 Each — Assorted varieties. 16 oz.
- Little Salad Bar Sweet Butter or Italian Salad — 1.99 Each — 6-9 oz.
- Little Salad Bar Garden Salad — 89¢ — 12 oz.
- Little Salad Bar Caesar Salad — 1.99 — 10 oz.
- Crofton Deluxe Spiral Cutter — 12.99 ALDI find — 11.8" x 6.3" x 9" — BPA Free
- Crofton 3-Piece 4-Quart Salad Spinner or 1.5-Cup Mini Chopper — 6.99 ALDI find — BPA Free
- Crofton Collapsible Lunch or Salad Container — 5.99 ALDI find
- Crofton Salad Utensils — 1.69 ALDI find — Assorted varieties.
- Ambiano Electric Handheld Slicer — 19.99
- Crofton Produce Crisper — 4.99 ALDI find
- Crofton 5-Cup Food Chopper — 9.99 ALDI find

| July | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | | | | |

Prices good from July 12 to July 18, 2017.

Available while quantities last. Items may not be available in all stores. Prices and labels may vary by location. Quantities are limited. No rain checks. We are not responsible for printing or typographical errors. We welcome cash, EBT, Visa, MasterCard, Discover, American Express and most debit cards. No checks please. We do not accept Manufacturers' Coupons. ©2017 ALDI Inc.

Join the millions who are raving, craving and saving. Visit us at aldi.us.

      

Check out our blog: BLOG.ALDI.US/

WE ACCEPT     

ALDI Finds begin WEDNESDAY, JULY 12

