# Exhibit "G"


EASY HOME
4 CUBE WIRE ORGANIZER
GLUTEN
ORGANIC
SimplyNature
BUYER'S PICK!
$7.99


ALDIfinds
Limited Time, Premium Buys
Huntington Home
Over the Door Mirror
$7.99
each
07/12
47808
BUYER'S PICK!


07/2017
041498254696




evitar que
Nunca permita que queden liquidos
proporcionadas.
07/2017
041498254865
47808



do para evitar que dicho objeto entre en

nedo. Nunca permita que queden líquidos

las fijaciones proporcionadas.

on cuidado!

041498254896

07/2017

47808


HUNTINGTON HOME
OVER THE DOOR MIRROR
47808


o cerca de las superficies de vidrio, a
cuado para evitar que dicho objeto entre e
húmedo. Nunca permita que queden líquidos
a con las fijaciones proporcionadas.
ular con cuidado!
041498254889
07/2017
47808



ever allow any kind of liquid to remain on

rely to the door using supplied fixings.

s junto o cerca de las superficies de vidrio, a
so adecuado para evitar que dicho objeto entre en

os duros.
n paño húmedo. Nunca permita que queden líquidos
sivos!
puerta con las fijaciones proporcionadas.

Manipular con cuidado!

OR:

47808

041498254872

07/2017


HUNTINGTON HOME
OVER THE DOOR MIRROR


HUNTINGTON HOME®
OVER THE DOOR MIRROR
ESPEJO PARA PUERTA
Hanging Instructions:
Instrucciones para colgar
Bring Style. Home


HUNTINGTON HOME®
OVER THE DOOR MIRROR
ESPEJO PARA PUERTA
13.78 X 50 INCHES
35 x 127 cm
47808
MINT MOLDED FRAME
MARCO MOLDEADO MENTA
EASY ASSEMBLE WITHOUT TOOLS
SENCILLO MONTAJE SIN HERRAMIENTAS