# EXHIBIT "H"

# EXHIBIT "H"

Claim Chart for '350 Patent

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| An over-the-door hanging apparatus (100) comprising: |  | |

| **CLAIM 20 OF U.S. PATENT 9,480,350** | **EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350** | **HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT)** |
|---|---|---|
| a support structure (101) comprising a rear surface (103); | | |



| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a mirror (110) coupled to the support structure (101); |  | |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a first pair of mounting elements comprising a first mounting element (145) and a second mounting element (146) located on the rear surface (103) of the support structure (101); |  | |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a second pair of mounting elements comprising a first mounting element and a second mounting element located on the rear surface (103) of the support structure (101); |   According to the specification of U.S. Patent No. 9,480,350, "only the first mounting plate 120…[is] described in detail with the understanding that the discussion is applicable to the second mounting plate 220." *See U.S. Patent No. 9,480,350, Col. 9, ll. 37-42.* |  |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a first elongate member (151) comprising a first mounting element (161) and a second mounting element (162) and a first bracket (158) for engaging a top edge of a door; |  |  |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a second elongate member (251) comprising a first mounting element and a second mounting element and a second bracket for engaging the top edge of the door; | <br><br>According to the specification of U.S. Patent No. 9,480,350, "[t]he structural details of the elongate bracket members 151, 251 will be discussed herein with respect to the first elongate [bracket] member 151 with the understanding that the same is applicable to the second elongate [bracket] member 251 in all respects." *See U.S. Patent No. 9,480,350, Col. 7, ll. 43-47.* |  |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the support structure (101) mounted to the first elongate member (151) through mating between: (1) the first mounting element (145) of the first pair of mounting elements and the first mounting element (161) of the first elongate member (151); and (2) the second mounting element (146) of the first pair of mounting elements and the second mounting element (162) of the first elongate member (151); and |  | |

| CLAIM 20 OF U.S. PATENT 9,480,350 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 9,480,350 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the support structure (101) mounted to the second elongate member (251) through mating between: (1) the first mounting element of the second pair of mounting elements and the first mounting element of the second elongate member (251); and (2) the second mounting element of the second pair of mounting elements and the second mounting element of the second elongate member (251). |  | |

# EXHIBIT "H"

Claim Chart for '927 Patent

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| An over-the-door hanging apparatus (100) comprising: |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a frame (101) having a rear surface (103), a vertical centerline (A-A) and |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| supporting a flat article (110); |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a first mounting plate (120) and a second mounting plate (220), |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| each of the first and second mounting plates (120, 220) comprising a first edge (125), a second edge (146), a third edge (145), and a vertical axis (B-B) intersecting the first, second and third edges (125, 146, 145), |  According to U.S. Patent No. 8,534,627, "only the first mounting plate 120 will be described in detail with the understanding that the discussion is applicable to the second mounting plate 220." *See U.S. Patent No. 8,534,627; col. 8, ll. 40-45.* |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the first and second mounting, plates (120, 220) secured to the rear surface (103) of the frame (101) on opposite sides of the vertical centerline (A-A); |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a bracket assembly (150) comprising |  | |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a front surface (193), a rear surface (194), a first pair of hooks (161, 162) extending outwardly from the front surface (193) of the bracket assembly (150), each of the hooks of the first pair (161, 162) forming a slot (168, 169), a second pair of hooks (161, 162) extending outwardly from the front surface (193) of the bracket assembly (150), each of the hooks of the second pair (161, 162) forming a slot (168, 169), and at least one bracket (158) extending from the rear surface (194) of the bracket assembly (150) for engaging a top edge of a door; |  |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| wherein the frame (101) is alterable between: (1) being, slidably mounted to the bracket assembly (150) at a first height by the first and second edges (125, 146) of the first mounting plate (120) being slid into the slots (168, 169) of the hooks of the first pair (161, 162), and the first and second edges (125, 146) of the second mounting plate (220) being slid into the slots (168, 169) of the hooks of the second pair (161, 162); and | <br><br>According to U.S. Patent No. 8,534,627, the "structural details of the elongate bracket members 151, 252 will be discussed herein with respect to the first elongate member 151 with the understanding that the same is applicable to the second elongate member 251 in all respects. *See U.S. Patent No. 8,534,627; col. 6, ll. 50-55.* |  |

| CLAIM 24 OF U.S. PATENT 8,534,627 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,534,627 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| (2) being slidably mounted to the bracket assembly (150) at a second height that is different than the first height by the second and third edges (146, 145) of the first mounting plate (120) being slid into the slots (168, 169) of the hooks of the first pair (161, 162), and the second and third edges (146, 145) of the second mounting plate (220) being located within the slots (168, 169) of the hooks of the second pair (161, 162). |  |  |

# EXHIBIT "H"

Claim Chart for '644 Patent

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| An over-the-door hanging, apparatus (100) comprising: |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a frame (101) comprising an outer edge (112), an inner edge (113) defining a central opening (114), and a rear surface (103); |  |  |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a flat article (110) positioned within the central opening (114) of the frame (101); |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a first mounting plate (120) and a second mounting plate (220), the first and second mounting plates (120, 220) secured to the rear surface (103) of the frame (101) on opposite sides of a vertical centerline (A-A) of the frame (101), |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the first mounting plate (120) comprising a first edge (145), the second mounting plate (220) comprising a first edge (145), the first edge (145) of the first mounting plate (120) being vertically aligned with the first edge (145) of the second mounting plate (220); |   According to U.S. Patent No. 8,746,644, "only the first mounting plate 120 will be described in detail with the understanding that the discussion is applicable to the second mounting plate 220." *See U.S. Patent No. 8,746,644; col. 9, ll. 29-31.* |  |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| a bracket assembly (150) comprising at least one bracket (158) for engaging a top edge of the door, a first hook (161), and a second hook (161); | <br><br>According to U.S. Patent No. 8,746,644, the "structural details of the elongate bracket members 151, 252 will be discussed herein with respect to the first elongate member 151 with the understanding that the same is applicable to the second elongate member 251 in all respects.  *See U.S. Patent No. 8,746,644; col. 7, ll. 38-41.* |  |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the frame (101) slidably mounted to the bracket assembly (150) through slidable mating between: (1) the first edge (145) of the first mounting plate (120) and the first hook (161) of the bracket assembly (150); and (2) the first edge (145) of the second mounting plate (220) and the second hook (161) of the bracket assembly (150); |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| an annular channel (330) formed into the rear surface (103) of the frame (101); | 

According to U.S. Patent No. 8,746,644, "all features of the over-the-door hanging apparatus 300 that are not described below should be interpreted as being identical to the corresponding component from the over-the-door hanging apparatus 100 described above." *See U.S. Patent No. 8,746,644; col. 14, ll. 37-40.* | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the first mounting plate (120) secured to the rear surface (103) of the frame (101) so that the first edge (145) of the first mounting plate (120) overlies the annular channel (330); |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the second mounting plate (220) secured to the rear surface (103) of the frame (101) so that the first edge (145) of the second mounting plate (220) overlies the annular channel (330); |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the first hook (161) of the bracket assembly (150) extending into the annular channel (330); and |  | |

| CLAIM 11 OF U.S. PATENT 8,746,644 | EMBODIMENT DISCLOSED IN U.S. PATENT NO. 8,746,644 | HUNTINGTON HOME OVER-THE-DOOR MIRROR (INFRINGING PRODUCT) |
|---|---|---|
| the second hook (161) of the bracket assembly (150) extending into the annular channel (330). |  | |