## VERIFICATION TO COMPLAINT

I, Greg Yocco, CFO of MCS Industries, Inc., verify under penalty of perjury that the statements made in the foregoing Federal Court Complaint alleging patent infringement are true and correct to the best of my knowledge.

I further attest that unless an immediate injunction is granted, MCS Industries, Inc. will be irreparably harmed.

I further understand that false statements made herein are subject to the penalties of 18 U.S.C. ' 1621 relating to false statement made under penalty of perjury.

Date: 7/31/17

_____
Greg Yocco