IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MCS INDUSTRIES, INC.,<br>2280 Newlins Mill Road<br>Easton, Pennsylvania 18045<br><br>      PLAINTIFF,<br><br>V.<br><br>ALDI, INC.,<br>1200 N. Kirk Road<br>Batavia, Illinois 60510<br><br>      DEFENDANT. | CIVIL ACTION NO. 5:17-cv-03416-JLS<br><br>**JURY TRIAL DEMANDED** |

## AGREED ORDER

**AND NOW** this 2nd day of August, 2017, upon agreement of the parties by and through their respective attorneys, it is hereby **ORDERED** and **DECREED** as follows:

1. Defendant was given written notice of the above-referenced complaint for patent infringement (Complaint), and the basis for Plaintiff's request for emergency injunctive relief on July 31 2017, based on alleged infringement of Plaintiff's patent rights under patent numbers 8,534,627, 8,746,644, and 9,480,350.

2. Defendant agrees not to market, sell, advertise or distribute the *over the door mirror product* described in Plaintiff's complaint until further order of this Court.

3. Defendant shall further refrain from either ordering any further over the door mirror product or returning such mirrors to its supplier until further order of this Court.

4. Within ten (10) days of the date of this Order, Defendant shall produce a complete list of the current inventory and locations of any remaining *over the door mirror products*.

1

40236378v.1

5. This agreed order is without prejudice to, and Defendant reserves the right to assert, any and all claims, counterclaims or defenses to the claims asserted in Plaintiff's Complaint.

6. It is further agreed that by entering into this Agreed Order, Defendant is not waiving any rights and is not admitting any liability for damages or attorneys' fees.

BY THE COURT:

_____ J.

## CONSENT OF THE PARTIES

The undersigned parties consent to the entry of this Order.

By: _____
Gavin P. Lentz, Esquire
*Attorney for Plaintiff,*
*MCS Industries, Inc.*

By: _____
Brian Michaelis, Esquire
(seeking pro hac vice admission)
*Attorney for Defendant, Aldi Inc.*