IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCS INDUSTRIES, INC.,** | CIVIL ACTION NO. |
| **V.** | **5:17-cv-03416-JLS** |
| **ALDI, INC.,** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), Plaintiff MCS Industries, Inc. hereby voluntarily dismisses its claims in this action against Defendant Aldi Inc., with prejudice. Both sides will bear their own costs relating to dismissal.

|  |  |
|---|---|
| Date: October 23, 2017 | BOCHETTO& LENTZ, P.C.<br><br>By: _____<br>Gavin P. Lentz, Esquire, (Pa. 53609)<br>Anton Kaminsky, Esquire, (Pa. 322660)<br>**BOCHETTO & LENTZ, P.C.**<br>1524 Locust Street<br>Philadelphia, PA 19102<br>(215) 735-3900<br>glentz@bochettoandlentz.com<br>akaminsky@bochettoandlentz.com<br>*Attorneys for Plaintiff* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MCS INDUSTRIES, INC.,** <br><br> V. <br><br> **ALDI, INC.,** | CIVIL ACTION NO. <br><br> 5:17-cv-03416-JLS |

### CERTIFICATE OF SERVICE

I, Anton Kaminsky, Esquire, hereby certify that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice to be served upon all counsel of record via the Court's ECF filing system and email:

> Brian Michaelis
> Seyfarth Shaw LLP
> Seaport East Two Seaport Lane, Suite 300
> Boston, Massachusetts 02210-2028
> bmichaelis@seyfarth.com
> *Attorney for Defendants*

**BOCHETTO & LENTZ, P.C.**

Date: October 23, 2017        By: _/s/ A. Kaminsky_

Gavin P. Lentz, Esquire, (Pa. 53609)
Anton Kaminsky, Esquire, (Pa. 322660)
**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
glentz@bochettoandlentz.com
akaminsky@bochettoandlentz.com
*Attorneys for Plaintiff*